UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE A. VARGAS,<br><br>         Plaintiff,<br><br>  -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | 24-cv-3199 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

  Additionally, **within one week of Defendant's appearance**, the parties shall submit a letter informing the Court whether they consent to jurisdiction by a Magistrate Judge. The consent form can be found at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge. If either side does not consent, the letter should indicate that **without revealing which party declined to consent**.

  SO ORDERED.

Dated: April 29, 2024
    New York, New York

                     _____
                       ARUN SUBRAMANIAN
                     United States District Judge