UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE A.V.,

                Plaintiff,                24 **CIVIL** 3199 (GRJ)

     -against-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 24, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is GRANTED; the Commissioner's denial of benefits is REVERSED; and this case is remanded for calculation of benefits. Final judgment entered in favor of the Plaintiff and the case is closed.

**Dated:** New York, New York

      February 24, 2025

                                                    **TAMMI M. HELLWIG**
                                                       Clerk of Court

                         **BY:**      _____
                                                       **Deputy Clerk**